Clayton C. Averbuck, SBN 90666
Jennifer E. Gysler, SBN 143449
MONROY, AVERBUCK & GYSLER
32123 Lindero Canyon Road, Ste 301
Westlake Village, CA 91361
(818) 889-0661 Fax (818) 889-0667

Attorneys for Defendant, COUNTY OF LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER B. KASDAN, | Case No.: CV 12-6793 GAF (JEMx) |
| Plaintiff, | STIPULATION TO FILE FIRST AMENDED COMPLAINT |
| vs. | |
| COUNTY OF LOS ANGELES et al. | DEPT.: 740 |
| Defendants | |

TO ALL PARTIES AND TO THE COURT:

Plaintiff and Defendants, County of Los Angeles, Lou Nieman (erroneously sued as Lou Graham) and Natalie Abrahami, hereby Stipulate that the Plaintiff may file a First Amended Complaint within thirty days of the date the accompanying Order is signed. Defendants will have thirty days from the date of service of

Plaintiff's First Amended Complaint, to file a responsive pleading to the First Amended Complaint.

DATED: October __, 2012

_____
ALEXANDER KASDAN, in pro per

DATED: October 19, 2012          MONROY, AVERBUCK & GYSLER

/s/
_____
JENNIFER E. GYSLER
Attorneys for Defendant
COUNTY OF LOS ANGELES

DATED: October 19, 2012          LOCKE LORD LLP

/s/
_____
KAREN R. PALMERSHEIM
Attorneys for Defendant LOU NIEMAN
(erroneously sued as Lou Graham)

DATED: October 19, 2012          FONDA FRASER, LLP

/s/
_____
PETER FONDA
Attorneys for Defendant, NATALIE ABRAHAMI