REX S. HEINKE (SBN 066163)
AMJAD M. KHAN (SBN 237325)
GEELAN A. FAHIMY (SBN 287646)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: 310-229-1000
Facsimile: 310-229-1001
E-mails: rheinke@akingump.com
akhan@akingump.com
gafahimy@akingump.com

Attorneys for Defendants
Children's Law Center of Los Angeles and Lloyd Bedell

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alexander B. Kasdan,<br><br>        Plaintiff,<br><br>  v.<br><br>COUNTY OF LOS ANGELES; Timmie Saltzman, an individual; Priscilla Ashburn, an individual; Rosita Brennan, an individual; Ebony Crow, an individual; Pauline Davis, an individual; Pamela Burris, an individual; Yolanda Johnson, an individual; Thelma Gadson, an individual; Julie Glazner, an individual; Jamie Hein, an individual; Belinda Marquez, an individual; Eleazer Christian Degbor, an individual; Barbara Smith, an individual; Catherine Woillard, an individual; Lisa Margolis, an individual; Natalie Abrahami, an individual; Children's Law Center of Los Angeles, an entity of unknown form; Lloyd Bedell, an individual; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. 12-CV-06793 GAF (JEMx)<br><br>Assigned To The Honorable Gary A. Feess<br><br>**DEFENDANTS CHILDREN'S LAW CENTER OF LOS ANGELES AND LLOYD BEDELL'S NOTICE OF MOTION AND MOTION TO LIFT STAY**<br><br>[SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF AMJAD M. KHAN FILED CONCURRENTLY]<br><br>Date: February 24, 2014<br>Time: 9:30 a.m.<br>Ctrm: 740<br><br>Date Action Filed: August 7, 2012 |

TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that on February 24, 2014, at 9:30 a.m. in Courtroom 740, the Courtroom of the Honorable Gary A. Feess, located at 255 East Temple Street, Los Angeles, California 90012-3332, defendants Children's Law Center of Los Angeles and Lloyd Bedell (collectively "Defendants") will, and hereby do, move to lift the stay issued by the Court on April 30, 2013. (ECF No. 43.) Defendants also will, and hereby do, move to request that the Court address the unresolved arguments raised in Defendants' Motion to Dismiss Plaintiff's First Amended Complaint. (ECF Nos. 33-34.)

    This Motion is based upon this Notice of Motion, the attached Memorandum of Points and Authorities, all papers and pleadings in the Court's file, the Declaration of Amjad M. Khan, and upon such oral argument as may be made at the hearing of this Motion.

    The Motion is made following the conference of counsel pursuant to U.S. Central District Local Rule 7-3, which took place via telephone on November 8, 2013. (Declaration of Amjad M. Khan, ¶¶ 2-3.)

Dated: January 6, 2014     **AKIN GUMP STRAUSS HAUER & FELD LLP**

By    /s/ Amjad M. Khan
           Amjad M. Khan
Attorney for Defendants Children's Law Center and Lloyd Bedell