1  REX S. HEINKE (SBN 066163)
   AMJAD M. KHAN (SBN 237325)
2  GEELAN A. FAHIMY (SBN 287646)
   **AKIN GUMP STRAUSS HAUER & FELD LLP**
3  2029 Century Park East, Suite 2400
   Los Angeles, CA 90067
4  Telephone:   310-229-1000
   Facsimile:   310-229-1001
5  E-mails:     rheinke@akingump.com
                akhan@akingump.com
6               gafahimy@akingump.com

7  Attorneys for Defendants
   Children's Law Center of Los Angeles and Lloyd Bedell
8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11

| 12 | Alexander B. Kasdan, | Case No. 12-CV-06793 GAF (JEMx) |
|---|---|---|
| 13 | Plaintiff, | Assigned To The Honorable Gary A. Feess |
| 14 | v. | |
| 15 | COUNTY OF LOS ANGELES; Timmie Saltzman, an individual; Priscilla Ashburn, an individual; Rosita Brennan, an individual; Ebony Crow, an individual; Pauline Davis, an individual; Pamela Burris, an individual; Yolanda Johnson, an individual; Thelma Gadson, an individual; Julie Glazner, an individual; Jamie Hein, an individual; Belinda Marquez, an individual; Eleazer Christian Degbor, an individual; Barbara Smith, an individual; Catherine Woillard, an individual; Lisa Margolis, an individual; Natalie Abrahami, an individual; Children's Law Center of Los Angeles, an entity of unknown form; Lloyd Bedell, an individual; and DOES 1 through 50, inclusive, | **DEFENDANTS CHILDREN'S LAW CENTER OF LOS ANGELES AND LLOYD BEDELL'S REPLY IN SUPPORT OF THEIR MOTION TO LIFT STAY**<br><br>Date:   February 24, 2014<br>Time:   9:30 a.m.<br>Ctrm:   740<br><br>Date Action Filed:   August 7, 2012 |
| 26 | Defendants. | |

27
28

1  Plaintiff Alexander Kasdan ("Plaintiff") and Defendants Children's Law Center of Los Angeles and Lloyd Bedell (collectively "Defendants") agree that the Court should lift the stay put in place by its April 30, 2013 Order. (ECF Nos. 43, 49, 52.) Moreover, they agree that the Court has already ruled on the following issues raised at the motion to dismiss stage: (1) Defendants' argument with respect to the "domestic relations" exception to subject matter jurisdiction; and (2) the applicability of the *Rooker-Feldman* doctrine, which the parties briefed pursuant to the Court's Order requesting Plaintiff to show cause why the case should not be dismissed for lack of subject matter jurisdiction. (ECF No. 44.)

However, the Court's April 30, 2013 Order did not address Defendants' arguments that Plaintiff failed to state a claim under 42 U.S.C. § 1983 and that Plaintiff cannot satisfy the causation requirement under 42 U.S.C. § 1983. (ECF No. 33-1 at 12-18; ECF No. 43.)

Accordingly, Defendants respectfully request that the Court lift the stay and address the unresolved arguments raised in Defendants' Motion to Dismiss Plaintiff's First Amended Complaint. (ECF Nos. 33-34.)

Dated: January 30, 2014     **AKIN GUMP STRAUSS HAUER & FELD LLP**

By_____/s/ Amjad M. Khan_____
Amjad M. Khan
Attorney for Defendants Children's Law Center and Lloyd Bedell

1

DEFENDANTS CHILDREN'S LAW CENTER OF LOS ANGELES AND LLOYD BEDELL'S REPLY IN SUPPORT OF THEIR MOTION TO LIFT STAY