Clayton C. Averbuck, SBN 90666
Jennifer E. Gysler, SBN 143449
MONROY, AVERBUCK & GYSLER
32123 Lindero Canyon Road, Ste 301
Westlake Village, CA 91361
(818) 889-0661 Fax (818) 889-0667

Attorneys for Defendants, COUNTY OF LOS ANGELES, TIMMIE SALTZMAN, PRISCILLA ASHBURN, ROSITA BRENNAN, EBONY CROW, PAULINE DAVIS, PAMELA BURRIS, YOLANDA JOHNSON, THELMA GADSON, JULIE GLAZNER, JAMIE HEIN, BELINDA MARQUEZ, ELEAZER CHRISTIAN DEGBOR, BARBARA SMITH and CATHERINE WOILLARD

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER B. KASDAN,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES et al.<br><br>Defendants | Case No.: CV 12-6793 GAF (JEMx)<br><br>NOTICE OF SETTLEMENT |

TO THE COURT:

The parties, by and through their counsel of record, have reached a settlement of this matter. We anticipate the process to finalize and complete the settlement will take approximately 45 days. The parties are in the process of signing a Settlement Agreement & Release, which contains the specific terms of the settlement.

Based on the foregoing, the parties jointly request that the Final Pre Trial Conference set for August 10, 2015, the Trial, set for September 8, 2015, and all related dates be vacated, and that the Court set a status conference re settlement in approximately 45 days. In the event the parties complete the settlement, they will so advise the Court.

DATED: June 2, 2015         MONROY, AVERBUCK & GYSLER

*Clayton C. Averbuck*
_____
CLAYTON C. AVERBUCK
Attorneys for Defendants, COUNTY OF LOS ANGELES, TIMMIE SALTZMAN, PRISCILLA ASHBURN, ROSITA BRENNAN, EBONY CROW, PAULINE DAVIS, PAMELA BURRIS, YOLANDA JOHNSON, THELMA GADSON, JULIE GLAZNER, JAMIE HEIN, BELINDA MARQUEZ, ELEAZER CHRISTIAN DEGBOR, BARBARA SMITH and CATHERINE WOILLARD

DATED: June 2, 2015         LAW OFFICES OF SHAWN MCMILLAN

_____
SHAWN A. MCMILLAN
Attorneys for Plaintiff
ALEXANDER B. KASDAN

IT IS SO ORDERED

Dated: _____            By: _____
                            HONORABLE MANUEL L. REAL, JUDGE